UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JEAN CARLOS CONTRERAS PERNIA,

        Petitioner,

        Case No. 1:26-cv-89

v.

        Honorable Robert J. Jonker

KRISTI NOEM et al.,

        Respondents.
_____/

## **ORDER**

        This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement at the North Lake Processing Center in Baldwin, Lake County, Michigan. In an Opinion and Judgment entered on February 2, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of the Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. (Op. & J., ECF Nos. 6, 7.) The Court further directed Respondents to file a status report within six business days of the date of the Court's Opinion and Judgment to certify compliance with Court's Opinion and Judgment. (Op. & J., ECF Nos. 6, 7.)

        On February 25, 2026, Petitioner filed a motion to enforce judgment. (ECF No. 9.) Petitioner reports that he was denied bond at his bond hearing. Petitioner contends that the bond hearing violated the requirements of due process.

        The Court notes that the issues raised, and the relief sought, in Petitioner's initial § 2241 petition (ECF No. 1) were resolved by the Court's Opinion and Judgment and the holding of the

§ 1226 bond hearing in Immigration Court. Although Petitioner is free to challenge the § 1226 bond hearing, any challenge to the constitutionality of the § 1226 bond hearing raises new claims that were not raised in Petitioner's original § 2241 petition and that were not addressed by the Court's Opinion and Judgment. Therefore, Petitioner's motion to enforce judgment, (ECF No. 9), is **DENIED**.

If Petitioner wishes to file a *new* § 2241 petition raising claims regarding the bond hearing that was held in response to the Court's Opinion and Judgment, Petitioner may do so by filing a new action with the applicable filing fee or an application to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

Dated:   March 4, 2026                    /s/ Robert J. Jonker
                                          Robert J. Jonker
                                          United States District Judge